# Kaufman Lieb Lebowitz & Frick
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

January 2, 2024

**By ECF**

Hon. Dale E. Ho
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Lev-Ary v. Manhattan Fertility Services, LLC, et al.*, 23 Civ. 5504 (DEH)

Dear Judge Ho,

    This firm represents Plaintiff in this matter. On November 30, 2023, Plaintiff served the New York State Department of Health with a document subpoena for records related to this matter. Counsel for the Department of Health requested that we provide a "so-ordered" subpoena. As such, we respectfully request that the Court execute the attached subpoena.

    We thank the Court for its attention to this matter.

Respectfully submitted,

Pooja Shivaprasad
Alison Frick

---

**Application GRANTED.** Third-party New York State Department of Health is hereby **ORDERED** to respond to Plaintiff's proposed document subpoena.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 40.

Dale E. Ho
United States District Judge
Dated: January 3, 2024
New York, New York

Alanna Kaufman\* • Douglas E. Lieb‡ • David A. Lebowitz • Alison Frick\*

Alyssa Isidoridy • Pooja Shivaprasad

\*Also admitted to practice in New Jersey  ‡Also admitted to practice in California and Connecticut