

Cathleen Kelly Rebar, Esquire
212.858.9970
crebar@rebarkelly.com

December 23, 2024

VIA ECF

Hon. Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Larisa Lev-Ary v. Manhattan Fertility Services/Legacy IVF
               Docket No. 1:23-CV-05504-DEH

Dear Judge Ho:

      As you know, we represent defendants, Manhattan Fertility Services, LLC, and Legacy IVF, LLC in this matter. In compliance with this Court's order of September 23, 2024, we filed a Motion for Summary Judgment on their behalf on September 9, 2024. During the filing of this Motion, we inadvertently filed exhibits that contained the date of birth of the Plaintiff, specifically the exhibits filed at Dkt. 85, nos. 6, 12, 13 and 14. Pursuant to Local Rule 21.7(a), we have contacted the ECF Help Desk and a temporary seal has been placed on these documents.

      Please accept this correspondence as a formal request under Local Rule 21.7(b) for these documents to be placed under seal. We also request pursuant to Local Rule 21.7 (c) that we be allowed to file redacted versions of these documents.

      We have spoken with counsel for the other parties and they do not object to our request for relief.

| 470 Norristown Rd. | 100 Overlook Center | Park 80 West – Plaza II | 256 West 36th Street | 263 Tresser Blvd. | 4200 Regent St. |
| Suite 201 | 2nd Floor | 250 Pehle Ave., Ste. 200 | Suite 900 | 9th Floor | Suite 200 |
| Blue Bell, PA 19422 | Princeton, NJ 08540 | Saddle Brook, NJ 07663 | New York, NY 10018 | Stamford, CT 06901 | Columbus, OH 43219 |
| 484.344.5340 | 609.375.2070 | 551.246.1642. | 212.858.9970 | 203.564.1971 | 614.245.2141. |
| Fax 484.344.5341 | eFax 888.761.8299 | eFax: 88.761.8299 | Fax 212.858.9971 | eFax: 888.761.8299 | eFax: 888.761.8299 |

www.rebarkelly.com

Hon. Dale E. Ho
December 23, 2024
p. 2

Thank you for your attention regarding this matter.

REBAR KELLY

Cathleen Kelly Rebar, Esquire
Patrick J. Healey, Esquire

CKR/kc

cc: all counsel of record (via ECF)

Application GRANTED. Per Federal Rule of Civil Procedure 5.2(a) and Rule 6(b) of this Court's Individual Rules and Practices in Civil Cases, the sealing and redactions proposed here do not require court approval. Therefore, ECF Nos. 85-6, 85-12, 85-23, and 85-14 shall remain under seal. By **April 30, 2025**, Defendants Manhattan Fertility Services LLC and Legacy IVF LLC shall file versions of these documents on the public docket redacted in accordance with Federal Rule of Civil Procedure 5.2(a). SO ORDERED. The Clerk of Court is respectfully directed to terminate ECF No. 89.

Dated: April 23, 2025
New York, New York

Dale E. Ho
United States District Judge