UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARISA LEV-ARY,<br><br>      Plaintiff,<br><br>   v.<br><br>MANHATTAN FERTILITY SERVICES LLC et al.,<br><br>      Defendants. | 23-CV-5504 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On September 25, 2025, the Court held a case management conference with the parties in this case. For the reasons stated during the conference, it is hereby ORDERED that:

- This matter has been added to the Court's trial-ready calendar for May 2026. The parties shall be prepared for a 5-day jury trial to commence **May 4, 2026**.

- The parties shall appear for a final pretrial conference at 10:00 am **on April 15, 2026**. This conference shall take place in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

- Pursuant to the Court's Individual Rules, the parties shall submit their final pretrial conference materials **by March 16, 2026**.

Additionally, the parties shall submit a joint status report **by October 17, 2025**, that states whether they request a referral for settlement, either to the assigned Magistrate Judge for a settlement conference or to the District's Mediation Program.

SO ORDERED.

Dated: September 26, 2025
   New York, New York

                             DALE E. HO
                            United States District Judge