UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEV-ARY,<br><br>      Plaintiff,<br><br>   v.<br><br>MANHATTAN FERTILITY SERVICES LLC et al.,<br><br>      Defendants. | 23-CV-5504 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court has become aware that, during several case management conferences in this matter, Defendant Manhattan Fertility Services (MFS) has been represented by an attorney who has not filed a notice of appearance as required by Local Civil Rule 1.4. All current counsel for Defendant MFS who will be appearing in this matter shall file the requisite notice by September 29, 2025.

SO ORDERED.

Dated: September 26, 2025
   New York, New York

                           DALE E. HO
                         United States District Judge