UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Larisa Lev-Ary,

                Plaintiff(s),

v.

Manhattan Fertility Services LLC et al.,

                Defendant(s).

23-CV-5504 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    Pursuant to Local Rule 6.1(b), Plaintiff Larisa Lev-Ary was required to file her reply in support of her Motion for Reconsideration, no later than 7 days after service of Defendant's response in opposition to her Motion for Reconsideration. To date, Plaintiff has not filed a reply. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 1, 2025**.

    SO ORDERED.

Dated: November 20, 2025
         New York, New York

                                            DALE E. HO
                                          United States District Judge