

**Kaufman
Lieb
Lebowitz &
Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

February 3, 2026

**Via ECF**

Hon. Dale Ho
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Lev-Ary v. Advanced Fertility et al.*, 23 Civ. 5504

Your Honor,

On behalf of Plaintiff, I write regarding the scheduling of the trial in this case, currently scheduled to begin May 4, 2026, with pretrial filings due March 16.

As this Court is aware, I had requested an adjournment of our trial due to a five-week *Monell* trial scheduled to begin on March 2 before Judge Janet C. Hall in the District of Connecticut. *Carmon v. City of New Haven*, 23 Civ. 944. Late Friday afternoon, Judge Hall postponed that trial until January 2027.[1] I emailed counsel for Defendants in this matter earlier this morning to inform them, though I have not yet received a response. I wanted to inform this Court of that scheduling change as soon as possible.

Respectfully submitted,

/s/ Alison Frick

Alison Frick

As there is no longer a scheduling conflict, the trial in this matter, set to begin on May 4, 2026, will proceed as scheduled. The Court's September 26, 2025 Order, ECF No. 109, shall remain operative. The Clerk of Court is respectfully directed to terminate ECF Nos. 116 and 117.

SO ORDERED.

Dated: February 3, 2026
New York, New York

Dale E. Ho
United States District Judge

---

[1] The Court acted *sua sponte* and without explanation. No party sought an adjournment.

Alanna Kaufman* • Douglas E. Lieb‡ • David A. Lebowitz • Alison Frick*

Alyssa Isidoridy • Ray Durham† • Shirley LaVarco**

*Also admitted in New Jersey ‡Also admitted in California and Connecticut †Also admitted in Maryland ** Only admitted in New Jersey and