UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lev-Ary,<br><br>    Plaintiff,<br><br>  v.<br><br>Manhattan Fertility Services LLC et al.,<br><br>    Defendants. | 23-CV-5504 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 25, 2026, counsel for Advanced Fertility Services, P.C. ("AFS") filed a motion to withdraw as counsel.  Counsel for the parties shall appear for a conference to discuss this motion further on **March 4, 2026** at **1:30 P.M**.  **A representative for AFS is directed to appear at the conference**.  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 132 167 994, followed by the pound (#) sign.

SO ORDERED.

Dated: February 27, 2026
   New York, New York

                  DALE E. HO
             United States District Judge