UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lev-Ary,<br><br>                    Plaintiff,<br><br>          v.<br><br>Manhattan Fertility Services LLC et al.,<br><br>                    Defendant(s). | |

23-CV-5504 (DEH)

ORDER

DALE E. HO, United States District Judge:

As stated at the conference held on March 4, 2026, by **March 5, 2026**, Defendants Manhattan Fertility Services LLC and Legacy IVF LLC shall file any opposition to the motion to withdraw, ECF No. 122, filed by Defendant Advanced Fertility Services's counsel.  Plaintiff shall file a letter on ECF indicating whether or not she joins the opposition by **March 6, 2026**. Counsel for Advanced Fertility Services shall file any reply by **March 9, 2026**.

The deadline to file final pretrial papers, including any motions in limine, is adjourned until **March 30, 2026**.

SO ORDERED.

Dated: March 4, 2026
          New York, New York

_____
          DALE E. HO
United States District Judge