UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LARISA LEV-ARY,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>MANHATTAN FERTILITY SERVICES LLC<br>ET AL.,<br><br>                    Defendant(s). | 23-CV-5504 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 3, 2026, this Court ordered expedited briefing on a motion for default judgment.  ECF No. 140.  Pursuant to that Order, Plaintiff was to file her motion by April 3, 2026, and Defendants' opposition, if any was to be filed by April 10, 2026.  If needed, Plaintiff's reply was to be filed by April 14, 2026.  *Id.*  The Court made clear that, "[i]f no opposition briefing is filed by April 10, 2026, the matter shall be considered fully briefed."  *Id.*

On April 3, 2026, Plaintiff filed a motion for a default judgment against Defendant Advanced Fertility Services ("AFS") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 148.  Defendants did not file any opposition by April 10, 2026; accordingly, the Court finds this issue to be fully briefed.

It is thus ORDERED that Defendant AFS appear and show cause before this Court on **April 29, 2026**, at **11 A.M.**, why an order should not be issued granting a default judgment against Defendant AFS.  Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 406-445-671, followed by the pound (#) key.  No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

It is further ORDERED that Plaintiff serve Defendant AFS via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: April 14, 2026
      New York, New York

_____
          DALE E. HO
       United States District Judge