UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lev-Ary, | 23-CV-5504 (DEH) |
| Plaintiff(s), | |
| v. | ORDER |
| Manhattan Fertility Services LLC et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

Due to a scheduling conflict on the Court's calendar, the conference scheduled for April 29, 2026 at 11 A.M. is rescheduled for **April 29, 2026** at **1:30 P.M.** All other aspects of the Court's April 14, 2026 Order, ECF No. 155, remain operative. Plaintiff shall serve Defendant AFS with this Order.

SO ORDERED.

Dated: April 28, 2026
       New York, New York

_____
DALE E. HO
United States District Judge