UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LARISA LEV-ARY,

     Plaintiff,

  -against-

MANHATTAN FERTILITY SERVICES LLC;
LEGACY IVF LLC; and ADVANCED
FERTILITY SERVICES, P.C.,

     Defendant.

---

No. 23 Civ. 5504 (DEH)

**DEFAULT
JUDGMENT**

**WHEREAS**, Plaintiff commenced this action on June 28, 2023 with the filing of a summons and complaint, ECF No. 7; and

**WHEREAS**, Plaintiff served a copy of the summons and complaint on Defendant Advanced Fertility Services, P.C. ("AFS") by personal service on July 7, 2023, ECF No. 16; and

**WHEREAS**, Plaintiff filed proof of service on AFS on July 24, 2024, ECF No. 17; and

**WHEREAS**, Plaintiff amended her complaint on August 18, 2023, ECF No. 21; and

**WHEREAS**, AFS, through counsel, filed an Answer to the Amended Complaint on September 25, 2023, ECF No. 25; and

**WHEREAS**, AFS, through counsel, litigated the case through discovery; and

**WHEREAS,** AFS, through counsel, filed a motion for summary judgment, ECF No. 80, which was granted in part and denied in part, ECF No. 102; and

1

**WHEREAS**, counsel for AFS moved to withdraw as counsel on February 25, 2026, ECF No. 122; and

**WHEREAS**, the Court granted counsel's motion to withdraw on March 10, 2026, ECF No. 128; and

**WHEREAS**, AFS has neither appeared through new counsel nor sought relief from the Court's March 10, 2026 Order; and

**WHEREAS,** the Clerk of Court entered a Certificate of Default against AFS on April 3, 2026, ECF No. 147;

**<u>IT IS HEREBY ORDERED</u>**: That Judgment in favor of Plaintiff is entered against Defendant Advanced Fertility Services, P.C., as to liability only, with the determination of damages to be made pursuant to further inquiry under Federal Rule of Civil Procedure 55(b)(2).

Dated: New York, New York
     April 29, 2026

Dale E. Ho
United States District Judge

This document was entered on the docket on

_____.

2